UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| PATRICIA BURKE,<br><br>    *Plaintiff,*<br><br>v.<br><br>JAMES MATTIS,<br><br>    *Defendant.* | 1:16-cv-1256 GBL/JFA |

### PLAINTIFF'S WITNESS LIST

Pursuant to this Court's order of February 15, 2017, Plaintiff Patricia Burke, by counsel, hereby respectfully submits the following list of potential witnesses for the trial of the above-captioned matter.

### WITNESSES

The witness list below reflects the current status of Plaintiff's ongoing trial preparation efforts. Accordingly, Plaintiff reserves the right to amend this list—including eliminating proposed witnesses—should further developments warrant.

#### Witnesses Plaintiff Expects to Present

1. Patricia Burke
2. Roger Burke
3. Liza Gold, M.D.
4. Nelson Bishop

5. Michelle Labov

6. Jennifer Gabeler

7. Carolyn Lyle

8. Carla Cobb

9. David Bauer

10. Jessica Horvath

11. Lisa Grollman

12. Frank Malafarina

13. William Stephens

14. Carl Taylor

15. Connie Vitiello

### Witnesses Plaintiff May Call If the Need Arises

16. Elizabeth Blackmon

17. Michael H. Hotchkiss, M.D.

18. Catherine A. Heilig NPCDE

19. Vicki Carter

20. Lisa Fuhrmeister

21. Mark Allen

22. Any other witness designated by Defendant to whom Plaintiff does not object.

Plaintiff currently intends to introduce the live testimony of the above witnesses in Court. If, however, any of the above witnesses are unavailable or, in the case of witnesses residing outside of this Court's subpoena power, unwilling to testify, Plaintiff reserves the right to present those witness's testimony via deposition transcript, audio, and/or video recordings. Plaintiff will amend these disclosures if she learns that any of the above witnesses will be unavailable for trial.

Dated: July 13, 2017

Respectfully Submitted,

/s
Jacob M. Small (VSB # 84460)
Attorney for Patricia Burke
J. Madison PLC
1750 Tysons Blvd.
Suite 1500
McLean, Virginia 22102
P (703) 910-5062
F (703) 910-5107
jmsmall@jmadisonplc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, I electronically filed the foregoing PLAINTIFF'S WITNESS LIST with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

Andrew S. Han
The United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3970
andrew.han@usdoj.gov

*Counsel for the Secretary of Defense*

/s
Jacob M. Small (VSB # 84460)
Attorney for Patricia Burke
J. Madison PLC
1750 Tysons Blvd.
Suite 1500
McLean, Virginia 22102
P (703) 910-5062
F (703) 910-5107
jmsmall@jmadisonplc.com