UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| PATRICIA BURKE, <br><br> *Plaintiff*, <br><br> v. <br><br> JAMES MATTIS, SECRETARY OF DEFENSE <br><br> *Defendant*. | 1:16-cv-1256 GBL/JFA |

### OBJECTIONS TO DEFENDANT'S AMENDED EXHIBIT LIST

Pursuant to this Court's February 15, 2017, Plaintiff Patricia Burke, through counsel, respectfully submits the following objections to Defendant's Exhibit List and Defendant's Amended Exhibit List.

### OBJECTIONS

These objections reflect the present status of the above-captioned matter. Several of these objections are objections only to the introduction and admission of the exhibit as affirmative evidence, and as such, Plaintiff reserves the right to utilize and admit particular exhibits as impeachment if necessary. Plaintiff reserves the right to waive any of these objections, to interpose objections based upon authentication, and to add to these objections based on any ruling this Court might enter on the parties' pre-trial motions.


| *DEFENDANT'S EXHIBIT NO.* | *OBJECTION(S)* |
|---|---|
| 1 | Hearsay |
| 15 | Hearsay, Relevance, Rule 403, Improper Lay Witness Opinion, |
| 24 | Hearsay, Relevance, Rule 403 |
| 25 | Relevance |
| 26 | Relevance, Hearsay |
| 27 | Relevance, Hearsay |
| 37 | Relevance, Rule 403 |
| 41 | Relevance |
| 42 | Relevance |
| 45 | Relevance |
| 46 | Relevance |
| 47 | Relevance |
| 48 | Incomplete |
| 75 | Incomplete, Relevance, Hearsay |

Dated: July 24, 2017

        Respectfully Submitted,

        /s_____
        Jacob M. Small (VSB # 84460)
        Attorney for Patricia Burke
        J. Madison PLC
        1750 Tysons Blvd.
        Suite 1500
        McLean, Virginia 22102
        P (703) 910-5062
        F (703) 910-5107
        jmsmall@jmadisonplc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I electronically filed the foregoing OBJECTIONS TO DEFENDANT'S AMENDED EXHIBIT LIST with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

    Andrew S. Han
    The United States Attorney's Office
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    (703) 299-3970
    andrew.han@usdoj.gov

    Counsel for The Secretary of Defense

    /s
    ―――――――――――――――――
    Jacob M. Small (VSB # 84460)
    Attorney for Patricia Burke
    J. Madison PLC
    1750 Tysons Blvd.
    Suite 1500
    McLean, Virginia 22102
    P (703) 910-5062
    F (703) 910-5107
    jmsmall@jmadisonplc.com