IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATRICIA BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16cv1256 (LO/JFA) |
| ) | |
| JAMES MATTIS, Secretary, United States ) | |
| Department of Defense, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant James Mattis, Secretary, United States Department of Defense, through his undersigned counsel, hereby respectfully files this Motion for Summary Judgment. The grounds for this motion are more fully explicated in the memorandum of law that has been simultaneously filed with the motion.

Dated: August 17, 2017

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
ANDREW S. HAN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:  (703) 299-3970
Fax:  (703) 299-3983
Email:  andrew.han@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Jacob M. Small
J. Madison PLC
1750 Tysons Boulevard
Suite 1500
McLean, Virginia 22102
T: (703) 910-5062
F: (703) 910-5107
E: jmsmall@jmadisonplc.com

                                                                                                                                                  /s/
                                            Andrew S. Han
                                            Assistant United States Attorney
                                            Office of the United States Attorney
                                            Justin W. Williams U.S. Attorney's Building
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            Tel:    (703) 299-3970
                                            Fax:    (703) 299-3983
                                            Email:  andrew.han@usdoj.gov