IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATRICIA BURKE, <br><br> *Plaintiff,* <br><br> v. <br><br> JAMES MATTIS, Secretary, United States Department of Defense, <br><br> *Defendant.* | Case No. 1:16-cv-1256 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment. Dkt. No. 46. The matter has been fully briefed and the Court conducted a hearing on the matter on October 20, 2017.

Considering the pleadings and the oral arguments, the Court finds that there remain genuine issues of material fact in this case that must be developed at trial. Accordingly, Defendant's Motion for Summary Judgment is **DENIED**.

It is so **ORDERED**.

October 25, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge