# United States District Court

### EASTERN DISTRICT OF VIRGINIA

PATRICIA BURKE,                                    JUDGMENT IN A CIVIL CASE

      Plaintiff,

      V.                                           CASE NUMBER: 1:16CV1256

JAMES MATTIS.

      Defendant.


[ X ]  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been
tried and the jury has rendered its verdict.

[   ]  **Decision of the Court.**  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the

Plaintiff Patricia Burke and against Defendant James Mattis in accordance with the jury verdict

dated November 15, 2017. Defendant James Mattis shall pay damages in the amount of $1.00 to

Plaintiff Patricia Burke.


November 30, 2017                        FERNANDO GALINDO
Date                                    Clerk

                                        s/ A. Wachtendonck
                                        (By) Deputy Clerk