# PEX 4



**DEFENSE SECURITY SERVICE**
27130 TELEGRAPH ROAD
QUANTICO, VA 22134-2253

MEMORANDUM FOR PATRICIA BURKE                                   21 December 2017

SUBJECT:  Performance Management Performance Review Authority (PM PRA) Committee Formal Reconsideration Request Decision

    On December 19, 2017, the Performance Management Performance Review Authority (PM PRA) Committee convened to review your formal request for reconsideration.  Prior to this decision, you were also given the opportunity to speak with the PM PRA Committee about your formal request.  The PM PRA has made the following decisions:

- Performance Objective 1, Deter:  The PM PRA determined that your self-assessment and the Rating Official assessment did not meet the DCIPS Performance Standards to change your rating from 3 (Successful) to 4 (Outstanding).

- Performance Objective 3, Disrupt:  The PM PRA determined that your self-assessment and the Rating Official assessment did meet the DCIPS Performance Standards to change your rating from 3 (Successful) to 4 (Outstanding).

- Performance Element 1, Accountability for Results:  The PM PRA determined that your self-assessment and the Rating Official assessment did meet the DCIPS Performance Standards to change your rating from 3 (Successful) to 4 (Outstanding).

- Performance Element 2, Communication:  The PM PRA determined that your self-assessment and the Rating Official assessment did meet the DCIPS Performance Standards to change your rating from 3 (Successful) to 4 (Outstanding).

    If you disagree with this decision, you may request further and final reconsideration of the decision by the Defense Security Service Director.  All requests for final reconsideration must be submitted to the DSS Human Management Capital Office (HCMO) within (7) calendar days from the date you receive the decision on your formal request for reconsideration.  The guidance for submitting a final reconsideration package is available in DSSR 11-1400.25, V1011, DCIPS Performance Management.

                                                            Performance Management
                                                             Performance Review Authority Chair

cc:
Dana G. Richard
Mark S. Allen
HCMO