# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| PATRICIA BURKE,<br><br>*Plaintiff,*<br><br>v.<br><br>JAMES MATTIS, SECRETARY OF DEFENSE<br><br>*Defendant.* | 1:16-cv-1256 LO/JFA |

**PLAINTIFF'S PETITION FOR ATTORNEYS' FEES & COSTS**

Pursuant to this Court's December 6, 2017 order (Dkt. 119), Fed. R. Civ. P. 54, and this Court's inherent authority, Plaintiff, Patricia Burke, by counsel, hereby submits her Petition for Attorneys' Fees and Costs. In support of her Petition, Ms. Burke files concurrently with this Petition a Memorandum in support and supporting declarations and documentation.

Dated: February 13, 2018

/s/
Jacob M. Small (VSB # 84460)
Benjamin R. Inman (VSB # 84006)
Leizer Goldsmith (*pro hac vice*)
Attorney for Patricia Burke
J. Madison PLC
1750 Tysons Blvd.
Suite 1500
McLean, Virginia 22102
P (703) 910-5062
F (703) 910-5107
jmsmall@jmadisonplc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

    Andrew S. Han
    Kimere Kimball
    The United States Attorney's Office
    Justin W. Williams U.S. Attorney's Building r
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    andrew.han@usdoj.gov
    Kimere.Kimball@usdoj.gov

/s/
Jacob M. Small (VSB # 84460)
Attorney for Patricia Burke
J. Madison PLC
1750 Tysons Blvd.
Suite 1500
McLean, Virginia 22102
P (703) 910-5062
F (703) 910-5107
jmsmall@jmadisonplc.com